UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16-CV-00530-GNS-DW

ROBERT JONES                                                                                           PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

## ORDER

This matter is before the Court on the Report of the Report and Recommendation of the Magistrate Judge (DN 8) recommending that this action be dismissed due to Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 4(m), and no objections thereto have been filed. Accordingly, the Magistrate Judge's Report and Recommendation (DN 8) is hereby **ADOPTED**, and its findings and conclusions are incorporated by reference herein.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDCE** pursuant to Fed. R. Civ. P. 4(m) due to Plaintiff's failure to prosecute this action.

**Greg N. Stivers, Judge**
**United States District Court**
March 20, 2017

cc:   counsel of record
      Plaintiff, *pro se*